# UNITED STATES DISTRICT COURT

WESTERN District of ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br>**RAUL CANELLAS a/k/a<br>PEDRO ALCANTARA-MONTEAGUDO** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:     4:04CR40034-001<br>USM Number:    06685-010<br><br>Craig L. Henry<br>Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s) New Law Violation, and Standard Conditions #2 & #6

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| New Law Violation | Burglary of a Structure/Grand Theft Auto/Driving While License Suspended | 07/11/2009 |
| Standard Condition #2 | Failed to submit monthly reports from October 2009-January 2010. | 04/16/2013 |
| Standard Condition #6 | Changed Residence without notifying the Probation Officer. | 04/16/2013 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:   ***-**-4262 | April 16, 2013<br>Date of Imposition of Judgment |
| Defendant's Date of Birth:   **/**/67 | |
| | /S/ Harry F. Barnes<br>Signature of Judge |
| Defendant's Residence Address:<br>Hollywood, Florida | |
| | Honorable Harry F. Barnes, Senior United States District Judge<br>Name and Title of Judge |
| | April 17, 2013<br>Date |
| Defendant's Mailing Address: | |

AO 245D (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: **RAUL CANELLAS**
CASE NUMBER: 4:04CR40034-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of : **Time Served with no supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL